UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBER E. LANDRY, | ) |
| | ) CASE NO. C13-1491-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF REMAND |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The court has reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler, and notes that no one has objected to the R&R. The court orders as follows:

(1) The court ADOPTS the R&R (Dkt. # 21) and REMANDS this matter to the Social Security Administration for further administrative proceedings consistent with the R&R.

(2) The clerk shall enter judgment for Plaintiff and shall ensure that Judge Theiler receives notice of this order.

DATED this 19th day of March, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE -1